| | |
|---|---|
| Scott C. Powers (10976)<br>SNOW, CHRISTENSEN & MARTINEAU<br>10 Exchange Place, Eleventh Floor<br>Salt Lake City, Utah  84111<br>PH:  (801) 521-9000<br>FX:  (801) 363-0400<br>Email:  scp@scmlaw.com<br><br>ATTORNEYS FOR DEFENDANT | Iwana Rademaekers<br>*Admitted Pro Hac Vice*<br>LAW OFFICES OF IWANA RADEMAEKERS, P.C.<br>17304 Preston Road, Suite 800<br>Dallas, Texas 75252<br>Main:  (214) 579-9319<br>Fax:  (469) 444-6456<br>Email:  iwana@rademaekerslaw.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | | |
|---|---|---|
| DARLA ROSE LOW, | § | JOINT NOTICE OF SETTLEMENT |
| Plaintiff, | § | 4:22-cv-00022-TC-PK |
| vs. | § | District Judge David Nuffer |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | Magistrate Judge Paul Kohler |
| Defendant. | § | |

Plaintiff Darla Rose Low and Defendant The Lincoln National Life Insurance Company hereby give notice that this case has settled.  The parties are working on finalizing settlement documents at this time.  The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated the 19th day of October 2022.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By:   /s/ Iwana Rademaekers
Iwana Rademaekers (Admitted Pro Hac Vice)

- And –

SNOW, CHRISTENSEN & MARTINEAU

By:  /s/ Scott C. Powers
Scott C. Powers (10976)

ATTORNEY FOR DEFENDANT

**- AND -**

LAW OFFICE OF JAY BARNES

By:   /s/ Jay Barnes (w/permission)
Jay Barnes, Attorney for Plaintiff
P.O. Box 550
St. George, UT 84771
Tel: (435) 652-8500
Fax: (435) 652-8599
jay.bames@jaybameslaw.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Utah, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

        Jay Barnes
        Email:  jay.barnes@jaybarneslaw.com

Dated:  October 19, 2022        By: /s/ *Iwana Rademaekers*
                                  Iwana Rademaekers, Esq.