Scott C. Powers (10976)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah  84111
Telephone:  (801) 521-9000
scp@scmlaw.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH - SOUTHERN DIVISION

| | |
|---|---|
| DARLA ROSE LOW, <br><br> Plaintiff <br><br> vs. <br><br> THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, <br><br> Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> 4:22-cv-00022-DN-PK <br><br> District Judge David Nuffer |

Plaintiff Darla Rose Low and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 21st day of November 2022.

Respectfully submitted,

**LAW OFFICE OF JAY BARNES**

By  /s/  *Jay Barnes*
    JAY BARNES
    [PERMISSION TO AFFIX E-SIGNATURE GRANTED VIA EMAIL 11.21.22]
    *Attorney for Plaintiff*


**SNOW CHRISTENSEN & MARTINEAU**

By:  */s/ Scott C. Powers*
    SCOTT C. POWERS
    *Attorneys for Defendant*